# DOROTHY L. MOTT LAW OFFICE, LLC.

125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Telephone: (717)232-6650 Fax: (717)232-0477 e-mail: doriemott@aol.com
*** Board Certified - Consumer Bankruptcy Law - American Board of Certification
**DOROTHY L. MOTT, Esquire, Shareholder ***
**KARA K. GENDRON, Esquire, Shareholder ***
**KRISTIN K. MESSNER, Esquire**

November 23, 2015

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
PO BOX 908
HARRISBURG, PA 17108-0908

Re: Donald Allen Venable
BANKRUPTCY CASE NO:1:11-bk-08349

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

16 Kingswood Drive
Lewisberry, PA 17339


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law